COPY

FILED
U.S. DIST COURT
BRUNSWICK DIV

Aug 17  10 47 AM '98

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

WILSON HENDERSON,               )
                                )
            Petitioner,         )
                                )
       v.                       )   CIVIL ACTION NO.: CV298-89
                                )
UNITED STATES OF AMERICA,       )
                                )
            Respondent.         )

## O R D E R

After a careful review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Respondent's Motion to Dismiss the petition is **GRANTED**. Petitioner's cause of action, filed pursuant to 28 U.S.C. § 1651, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 17th day of August, 1998.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)

# United States District Court
## Southern District of Georgia

HENDERSON _____ )

vs _____ )   CASE   CV298-89 & CR291-14

USA _____ )   DIVISION   BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 08/17/98 _____, which is part of the official record of this case.

Date of Mailing:   08/17/98

Date of Certificate   ☒ same date,   or _____

Henry R. Crumley, Jr., Clerk

By: _____
Deputy Clerk

**Name and Address**

1: WILSON HENDERSON, FCI MARIANA, P. O. BOX 7007, MARIANNA, FL 32447-7007
2: KATHRYN M. ALDRIDGE

☒ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate